JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH EDWARD SMITH, | ) | CASE NO. CV 18-10454-JLS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| KEN CLARK, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 2, 2019.

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\Judgment.wpd